# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>BRYCE TURGEON, ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:19-CV-480 |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 21ST DAY OF OCTOBER, 2019**

                                                     /s/D. Brock Hornby
                                                   **D. BROCK HORNBY**
                                                   **UNITED STATES DISTRICT JUDGE**