UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Gregory Paul Violette

    v.                                                                   Civil No. 19-cv-480-LM

Bryce Turgeon and United States
Probation and Pretrial Services

O R D E R

On June 12, 2020, in the absence of any objection by plaintiff, the court issued an order approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 8, 2020.  Also, on June 12, 2020, the court issued judgment of dismissal as to plaintiff's claims.  Petitioner filed a motion (doc. no 19) requesting the court set aside its June 12, 2020 order because he did not receive a copy of the Report and Recommendation. On July 9, 2020, the court granted petitioner's motion and vacated its June 12, 2020, order extending the time for Petitioner to file his objection to August 7, 2020.

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 8, 2020, and dismiss the complaint in its entirety. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see

also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                                     _____
                                                    Landya McCafferty
                                                   United States District Judge
                                                 Sitting by Designation

September 3, 2020

cc: Gregory Paul Violette, pro se